# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2003 OCT 15  P 1: 20

JAMES STUART,

US DISTRICT COURT
HARTFORD CT

        Plaintiff,

vs.

CIVIL ACTION
NO. 3:02 CV1847 (CFD)

THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY, ET AL

        Defendants.

OCTOBER 14, 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO STRIKE

The Defendants, The Southern New England Telephone Company ("SNET")

and Debora Stanley, hereby object to the Plaintiff's September 24, 2003 Motion to

Strike the Defendants' entire Answer and Affirmative Defenses. The bases for the

Defendants' objection are that: (1) the Answer and Affirmative Defenses were

timely; (2) the Plaintiff has failed to meet his burden; (3) the Plaintiff has failed to

make any showing of prejudice, either with respect to the timeliness of the

Defendants' Answer and Affirmative Defenses, or with respect to the substance of

the Affirmative Defenses; and (4) nothing in either Defendants' Answer or

Affirmative Defenses is "scandalous." Accordingly, the Plaintiff's motion must be

denied.

The Defendants respectfully submit herewith a memorandum of law in

support of their Objection.

THE DEFENDANTS -
THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY and
DEBORA STANLEY

By:

Jeffrey M. Donofrio (ct07738)
A. Rachel Rothman (ct23837)
Ciulla & Donofrio, LLP
127 Washington Avenue
P.O. Box 219
North Haven, Connecticut 06473
Tel.: (203) 239-9829
Fax.: (203) 234-0379

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed on this 14th day of

October, 2003, to:

James Stuart
119 Gem Avenue
Bridgeport, CT  06606

Jeffrey M. Donofrio