UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES STUART                    :  3:02CV1847 (CFD)

VS                              :

S.N.E.T., ET AL                 :  OCTOBER 10, 2003

### PLAINTIFFS' MOTION TO STAY ALL FUTHER PROCEEDINGS

The Plaintiff, James Stuart, respectfully moves this Court to stay all further

proceedings in the above captioned case including his requirement to file an Amended

Complaint.

The reason for this request is that the plaintiff has pending motions which if

granted would make the Amended complaint unnecessary and the plaintiff is also afraid

that the Court will construe the Amended Complaint as a withdraw of his present

pleadings

RESPECTFULLY SUBMITTED
THE PLAINTIFF

James Stuart, PRO SE
119 Gem Avenue
Bridgeport, CT. 06606
(203) 332-1155

1

## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed on October 10, 2003 to:

Jeffrey Donofrio, Esq.
A.  Rachael Rothman, Esq.
Cuilla & Donofrio
127 Washington Ave
North Haven, CT

James Stuart