UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES STUART | : | 3:02CV1847 (CFD) |
| VS | : | |
| S.N.E.T., ET AL | : | OCTOBER 10, 2003 |

### AFFIDAVIT OF JAMES STUART

I James Stuart, swear under the penalty of perjury that the following is true and correct:

1) When I mailed the defendants' Attorney, Jeffrey Donofrio, my Motion For Summary Judgement, Memorandum of Law in Support, Statement of Facts not in Dispute, in the same envelope I mailed him my "Default Motion" so if they did not received the "default Motion" as they claim, they would not have received any of my pleadings, yet they are not complaining about the "Motion for Summary Judgement"

I swear under penalty of perjury that the forgoing is true and correct

_____        _____
DATE                            JAMES STUART

1

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on October 10, 2003 to:

Jeffrey Donofrio, Esq.
A. Rachael Rothman, Esq.
Cuilla & Donofrio
12 Washington Ave
North Haven, CT

_____
James Stuart

2