UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2003 OCT 24 P 12:07 US DISTRICT COURT HARTFORD CT

JAMES STUART : 3:02CV1847 (CFD)

VS. :

S.N.E.T., ET AL : OCTOBER 18, 2003

**PLAINTIFFS' SUPLLEMENT TO MOTION FOR SUMMARY JUDGMENT**

The plaintiff stand by all the facts in his motion for summary judgment and the following is intended to add to that and opposes the defendants motion for summary judgment.

First, the plaintiff present phone number which is (203) 322-1155 is the in the name of his mother, Elizabeth Stuart, who went blind in the year 2000.[1]

Since his mother went blind, the plaintiff has been giving power of attorney and is taken care of expenses as well as his mother because he will not put her in a nursing home.

In the course of straining out her phone bill the plaintiff discovered the 2 outstanding accounts and contacted the defendants with regard to them not being his.

Furthermore the defendants are blatantly lying when they say that the plaintiff or someone authorized by the plaintiff opened this accounts and the affidavit of the defendants stating this is not enough to create a genuine issue for trial, the affidavit does not state any irrelevant fact to oppose summary judgment, it does not contain the name of the party who supposedly was authorized to open the accounts or the alleged casual relationship to the plaintiff which gave them authorization to open the accounts, nor does

[1] Submitted with this supplement is the page from the white pages listing Elizabeth Stuart as the legal customer of (203) 322-1155.

it contain how the accounts were opened or who the representative of Southern New England Telephone who opened the accounts.

Second, the plaintiff submitted the affidavit of his former tenant, Stanley Chance, with his termination notice for a bill of $302.77 to prove this next crucial point and fact.

The defendants terminated Stanley Chance phone service for $302.77, yet they let the bill which are at issue in this go up to $560.91(Five Hundred Sixty Dollars and Ninety One Cents) and $3, 346, 11 (Three Thousand Three Hundred Forty Six Dollars and Eleven Cents), there in no way in hell that they would do this in the ordinary course of conducting there business.

Third there is no way hell, that there going to, in the ordinary course of business, going to open 2 separate telephone accounts in 2 separate town for 1 person at the same time and then close them at the same time, if they ordinarily conducted business like this, they would be broke and conducting business like this is just as blatantly stupid and the rest of their action in this case.

The plaintiff is getting real aggregated and pissed of about this whole thing because it should not be happening to him or anybody else.

This is what happened and the plaintiff has finally pieced together this whole conspiracy.

When the plaintiff contacted the defendants regarding taken over his mothers affairs when she went blind, the plaintiff gave the defendants Southern New England Telephone Company his name, his mothers name, their address and their Social Security number defendants had the 2 outstanding accounts for $560.91 and $3,346,11 that some unscrupulous employee did open and they scammed the company, whether the employee

is still working at S.N.E.T. the plaintiff does not know but this point is really axiomatic and irrelevant.

Instead of taken the loss and having to explain to Board of Directors they 2 accounts and take responsibility for the action of their maggot employee and failure to catch these accounts and letting them continue this height, when the plaintiff contacted them regarding taken over his mother affairs and that he had been giving power of attorney, these people assumed that the plaintiff and his mother were rich, which they are not and would just pay the bills without a second glance, which most rich people do so they dumped the bills on the plaintiff so when somebody inquired about them they can say that they made an effort to collect on them, they would be written off as a loss, they corporation would receive a write of as business expenditures and nobody would be the wiser. The court will note the defendants did not send the bill to the addresses where the accounts were opened but the plaintiff address at 119 Gem Avenue, Bridgeport, Connecticut which is where the plaintiff lives with his blind mother and this is her house also in addition to the phone being hers.

It should be noted that the plaintiff is in the process of contacting the tax assessor offices in the town of Derby and Ansonia, where he will find out who the lien holders of the properties of the addressee of those bill are, he will go there confront the owners of these properties, inquire about these bill, whether they have ever had service with these numbers from Southern New England Telephone Company and get affidavits from these people that he has not ever lived here

The plaintiff is willing to make a bet that these addresses don't even exist but in any event, regardless of what happens, the plaintiff will prove that he has never lived or

Derby or Ansonia and the plaintiff will be exonerated and in addition to this action the plaintiff is going to file complaints with the Federal Communications Commission, The Securities and Trade Commission, The Better Business Bureau and the Internal Revenue Service.

Also the defendants claim that they never received the plaintiff motion for default is without merit, the plaintiff mailed the default motion with the summary judgment motion, and they received it.

It should be noted that defense counsel are creature of legal polemics dirty tricks, for example they claimed that they never received the signed "planning of Parties" form yet they filed the same form with the court 2 days after they never received it.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

James Stuart, PRO SE:
119 Gem Avenue
Bridgeport, CT. 06606
(203) 332-1155

**CERTIFICATION**

I hereby certify that a copy of the forgoing was mailed on October 18, 2003 to:

Jeffrey M. Donofrio, Esq.
A. Rachel Rothman, Esq.
Ciulla & Donofrio
127 Washington Avenue
North Haven, CT. 06473

James Stuart, PRO SE:

Stratford New Testament Church Of God 350 Bishop Av ... 367-1929
Stratford News LLC 665 Honeyspot Rd Strfd ... 378-8393
Stratford Pal Girls Softball League 310 Flagler Av Strfd ... 377-4370
Stratford Pipe & Engineering 2385 Main Strfd ... 377-2511
Stratford Plumbing & Heating Stratford ... 378-9000
Stratford Podiatry Associates 3446 Main Strfd ... 375-1370
Stratford Police Union Local 407 900 Longbrook Av Strfd ... 377-4670
Stratford Pony Baseball 4140 Main Strfd ... 378-9545
Stratford Pony Baseball Consession Stand 399 Canaan Rd Strfd ... 377-7662
Stratford Postal Store The 411 Barnum Av Cut-Off Strfd ... 381-1373
Stratford Racquetball Club 140 Watson Blvd Strfd ... 378-2211
Stratford Roofing Stratford ... 375-1821
**STRATFORD SANDBLASTING COMPANY** 2180 Stratford Av Strfd ... 378-0429
Stratford Sandblasting Co 2180 Stratford Av Strfd ... 386-0144
Stratford Save-Way Auto Sales 2020 Stratford Av Strfd ... 377-0805
Stratford Save-Way Tire & Service 2020 Stratford Av Strfd ... 377-0805
Stratford Seafood 88 Ferry Blvd Strfd ... 377-1429
Stratford-Shire Landscaping Garage 914 Arctic ... 576-0837
Stratford-Shire Landscaping LLC 80 Red Coach Dr Strfd ... 375-0614
Stratford South End Community Center 19 Bates Strfd ... 377-0689
Stratford Speedway 725 Barnum Av Cut-Off Strfd ... 375-1171
Stratford Spirit Shop 200 Ferry Blvd Strfd ... 378-8636
Stratford Star 1000 Bridgeport Av Shelton ... 926-2080
Stratford-Student Bus Service 70 Chestnut Av Strfd ... 378-0147
**STRATFORD TOWN OF —**
See Stratford Town Of In The Blue Pages
Stratford Typesetting 30 Nutmeg Dr ... 375-3858
Stratford United Methodist Church 2600 Main Strfd ... 375-5851
Stratford United Methodist Church Pre-School 2600 Main Strfd ... 386-1818
Stratford Upon The Housatonic 859 Tunxis Hill Rd Ffld ... 333-7915
Stratford Vision Center 2385 Main Strfd ... 378-4623
Stratford Visiting Nurse Association Inc 88 Ryders La Stratford No Toll Charge ... 800 698-5871
Stratford Visiting Nurse Association Inc 88 Ryders Lane Stratford ... 375-5871
Stratford YMCA 1895 Barnum Av Strfd ... 378-9216
Stratford YMCA 1000 E Broadway Strfd ... 378-8031
Stratford YMCA 3045 Main Strfd ... 375-5844
Stratford YMCA After School Program 65 Second Hill La Strfd ... 378-6188
**STRATHMOOR ELECTRIC INC** 1261 Stratford Av Strfd ... 377-4261
Straton Industries Inc 180 Surf Av Strfd ... 375-4488
Stratton John E 118 First Av Strfd ... 378-6623
Stratton Landscaping 496 Beechmont Av ... 372-1570
Stratton Lee & Mary 74 Stonewall La Monr ... 445-1441
Stratton Michael A atty 350 Fairfield Av ... 336-4421
Stratton William A 3 Hillsboro Rd Trum ... 268-7794
Straub Dorothy A 180 Battery Park Dr ... 366-5957
Straub W W 50 Laurel Dr Monr ... 261-4334
Straubel Lloyd B 36 Wordin Av ... 333-3922
Straughn Barry 4 Yarrington Ct ... 330-9508
Straughn Leyland 870 Briarwood Av ... 336-1967
Straughn Ruth & Jeffrey 65 Delaware Rd Estn ... 374-6837
Strauss A & L 175 Windermere Ffld ... 336-4418
Strauss Clemens J 8 Brooklawn Pl ... 333-2957
Strauss Culbert S 1 Adams Rd Estn ... 268-2517
Strauss Fred 333 Vincelette ... 374-5318
Strauss J 175 Windermere Ffld ... 336-4418
Strauss N A 80 Cartright ... 366-2780
Strauss Nicole 2600 Park Av ... 368-1569
Strauss Paul A & Mary C 89 Benedict Rd Monr ... 261-6884
Strausser Eric & Jen 35 Sedan Ter Ffld ... 335-9937
Strautman Victor 100 Old Dike Rd Trum ... 378-0378
Stravecky E 320 Island View Rd Strfd ... 378-0502
Strazza Albert 48 Nash La ... 333-7464
Strazza Jerry A Jr 66 Fairlea Av Strfd ... 377-7247
Strazza K 245 Sunnyridge Av Ffld ... 336-2423
Strazza Nicholas 269 Sherwood Pl Strfd ... 377-8874
Strazza Rob 229 Ohio Av ... 384-6137
Strazza Steven & Suzanne 21 Francis Trum ... 261-1670
Strazzeri Michael P 919 Riverton Ter Strfd ... 377-8384
Strba Charles J 2105 Stratfield Rd Ffld ... 374-9628
Streater D 410 Trumbull Av ... 374-1615
Streater M 540 W Jackson Av ... 384-9772
Streck C 426 Lake Av ... 367-3902
Streckfus A & James R 150 Grey Rock Rd ... 371-4458
Streeter William A 91 Clearview Dr ... 372-1209
Strehlow Scott & Alison 256 Fan Hill Rd Monr ... 261-0713
Streich Robert C 290 Lakeside Dr ... 374-3664
Streicher David R 40 California Strfd ... 378-7654
Streim Howard G 58 High Ridge Rd Trum ... 261-6763
Streit Melody & Craig 35 Hunting Ridge Rd Estn ... 452-7652
Streltzer Ben 2612 North Av ... 338-0617
Strempel Paul S 1716 Old Town Rd ... 372-3633
Strempel William 20 Woodbine Cir ... 372-6229
Strengowski Stanley 150 Hillcrest Av Strfd ... 375-6666
Strengowski Stanley S 121 Gay Bower Rd Monr ... 261-4445
Strength Tattoo 2091 Fairfield Av ... 330-9268
Strever Diane 208 Windgate Cir Monr ... 459-4893
Strich George 16 Burbank Av Strfd ... 377-2601
Strich John 33 Carousel ... 378-9640
Strich John 54 Cedar Kno... Trfd ... 378-3815
Strich John 25 Washburn Dr Strfd ... 375-9827
Strich Margaret 6911 Main Strfd ... 381-9379
Strich Nicholas 116 Stillman ... 579-0337
Strickland D 418 Willow ... 338-0093
Strickland Glenda & Douglas 63 Longview Rd Monr ... 268-1904
Strickland Les C & Mary Lou 410 Glenridge Rd Strfd ... 377-4442
Strickland Raymond C 14 Great Neck Rd Trum ... 261-3378
Stricoff Gary & Robyn 40 Northwood Rd Monr ... 268-5535
Stride Rite Of Trumbull 5065 Main Trum ... 374-4030
Stridiron R 248 Sherwood Pl Strfd ... 375-9164
Striebe William & Rosemary 90 Coach La Ffld ... 372-4474
Striker Jason 520 Judd Rd Estn ... 268-2801
Striker S 520 Judd Rd Estn ... 268-2801
Stringfellow James B 411 Allyndale Dr Strfd ... 378-0049
Stripay Thomas J 42 Great Hollow Dr Monr ... 261-8437
Stritch Arthur & Jennifer 451 Moose Hill Rd Monr ... 445-1051
Stritch Robert 10 Laurel Trum ... 452-8428
Strizver Erik T 223 Hunyadi Av Ffld ... 576-0799
Strobel Charles W Sr 26 Staples Rd Estn ... 261-6312
Strobel Kevin 244 Samp Mortar Dr Ffld ... 372-9569
Strode Randolph Sr 24 Revere ... 366-8074
Strode Randy Jr 200 Bond ... 366-6598
Strohmeyer L J 29 Riverview Dr ... 371-8611
Strolin Marie 40 Linley Rd Trum ... 459-8472
Strom A F 615 E Main Strfd ... 375-3590
Stroman Freddie 2955 Madison Av ... 374-7587
Stroman J 743 Brooks ... 367-3957
Stroman John A 192 Steuben ... 335-1505
Stroman Nancy C 192 Steuben ... 362-1192
Stroman Rashida 7 Hadley ... 368-4725
Stromberg Howard 10 Pebble Rd Monr ... 261-0268
Strong Albert 59 Evelyn Strfd ... 378-8980
Strong Anne 135 Governor Trumbull Way Trum ... 459-8515
Strong Barbara 176 Sixth ... 336-4002
Strong Ida 476-A Commanche La Strfd ... 378-8230
Strong John 15 Livingston ... 334-3859
Strong Welding 41 Wells ... 366-7133
Strong William A 30 Ward Strfd ... 377-1760
Stronge B 41 Hillcrest Rd Monr ... 445-2886
Stroomer George 1635 Stratford Av ... 367-3253
Stroomer W A 304 Windsor Av Strfd ... 375-8756
Strosnider Ruth 6949 Main Trum ... 452-8295
Strother John F 545 Peters La Strfd ... 386-1137
Strother John F atty 1000 Lafayette Blvd ... 382-8000
Stroud Robert 2225 Main ... 334-1392
Strous P 29 Little ... 366-3137
Stroz Terrance 17 Saxony Dr Monr ... 261-8157
Struble Lydia 235 Henry Av Strfd ... 380-2497
Strumpf Kurt 12 River Dr Monr ... 261-2852
Struss David H 31 Hunter Ridge Rd Monr ... 452-9809
Struzik A & L 50 October La Trum ... 268-0201
Struzik Jerry 1713 Huntington Tnpk Trum ... 377-3425
Struzzi Peter & Lorella 150 Fairmount Ter Ffld ... 330-1256
Stryker Alfred E 710 N Park Av Estn ... 261-3195
Stryker C 245 Stanley Rd Monr ... 261-6664
Stryker Daniel 77 Prince Ffld ... 334-7635
Stuart Boni 210 Washington Av ... 334-5006
Stuart Edward 217 Barn Hill Rd Monr ... 268-3740
Stuart Elizabeth 119 Gem Av ... 332-1155
Stuart Lesley 105 Knapp Estn ... 445-7811
Stuart Paul & Lesley 105 Knapp Estn ... 445-8565
Stuart S J 2625 Park Av ... 331-1488
Stuart Stephen J 10223 Avalon Gates Trum ... 374-9657
Stuart-Hawks Daniel 103 Briarfield Dr Strfd ... 380-2016
Stubbs W 29 Pershing Av ... 374-8184
Stubenhaus Jay H MD 11 Old Farm Rd Ffld ... 367-8700
Studdiford Lawrence V 1363 E Main Strfd ... 375-5572
Student Camp & Trip Advisors 10 Four Seasons Rd Ffld ... 372-1100
Studer Don R Rev 56 Renchy Ffld ... 384-8677
Studer Stephen W atty 75 Broad Milford ... 783-1200
Studio At Hot Shots The 3634 Main Strfd ... 377-3686
Studio The 945 White Plains Rd Trum ... 261-1855
Studio 416 416 Old Stratfield Rd Ffld ... 335-9416
Studio 69 1211 E Main ... 384-0221
Studioso Sal 1563 Capitol Av ... 366-7806
Studioso Salvatore F 2370 North Av ... 368-4783
Studley Lorraine 6448 Main Trum ... 459-0443
Studley Robert G 430 Allyndale Dr Strfd ... 377-8507
Studney Jason 200 Stratfield Pl ... 372-4256
Stuhlmann Christopher M 235 Henry Av Strfd ... 385-3829
Stuhlmann Robert Rev 1969 Main Strfd ... 375-1391
Stultze N ... 384-4095
Stumbris Kenneth E 97 Elmwood Av ... 334-1828
Stumbris M 899 Jennings Rd Ffld ... 333-0319
Stumbris Thomas J 19 Crestwood Rd Monr ... 459-0796
Stumbris Vincent T Jr 672 Connors La Strfd ... 377-5831
Stumpf M 77 Canoe Brook Rd Trum ... 268-9564
Stumpo Charles 394 Ottawa La Strfd ... 502-0187
Stunkel Bruce W 36 Spinning Wheel Rd Monr ... 459-9725
Stupak Edward D 2810 Huntington Rd Strfd ... 378-8178
Stupak Mark Edward 2701 Huntington Rd Trum ... 375-2749
Sturchio K 190 Fox Hill Rd Strfd ... 375-7578
Sturchio Vincent J 141 Park View La Strfd ... 375-3441
Sturdivant E L 789 Huntington Tnpk ... 372-7341
Sturdivant E L II 32 Arthur ... 335-8969
Sturges Donald J 660 Capitol Av ... 332-7715
Sturges J 506 W Taft Av ... 366-2777
Sturgis Lisa 25 Wilson Av Trum ... 373-0704
Sturles R 475 Szost Dr Ffld ... 334-9105
Sturino Carl 320 Red Oak La ... 372-2363
Sturmer John 180 Salem Rd Strfd ... 386-3414
Stutz B 140 Norland Av ... 371-5557
Stutz Jim 54 Driftwood La Trum ... 268-9990
Stutz Jim 54 Driftwood La Trum ... 45
Stutz Jim Asphalt Pavement Sealing 54 Driftwood La Trum ... 268-9990
Stutz Richard & Mary 171 Canoe Brook Rd Trum ... 268-6335
StyVille Denis 115 Washington Av ... 576-6587
Stygles Donald R 303 Henry Av Strfd ... 385-8593
Stygles M 301 Henry Av Strfd ... 381-9218
Style At Work 1626 Barnum Av ... 367-4964
Style Setter 5065 Main Trum ... 371-2971
Styles a boutique ... 261-6368
Styles LLC The —
See Styiz LLC The
Styles & Trends 840 State ... 333-6673
Styles And Trends Barbershop 840 State ... 333-6673
Stylistics Unisex Hair Salon 2578 Fairfield Av ... 384-0121
Stylo Interiors ... 459-1260
Styiz LLC The 1154 State ... 336-1391
Stymacks Matthew R 92 Woodside Cir Ffld ... 366-4934
Stypinski Jennifer 80 Brookdale Rd Ffld ... 332-7934
Stypinski M 20 Haddon ... 368-0768
Suardini John & Sarah 70 Cedarhurst La Ffld ... 576-0403
Suarez Aida 199 Yacht ... 384-1155
Suarez Alberto 697 Brewster ... 335-9629
Suarez C 609 Union Av ... 333-0784
Suarez Carmen 135 Wildwood Dr Strfd ... 378-9867
Suarez Genara 525 Palisade Av ... 336-9671
Suarez Jose M 47 Gary ... 576-9267
Suarez Mauro 411 Garfield Av ... 576-8921
Suarez Olga 191 Jennings Rd Ffld ... 335-9246
Suarez Oswaldo & Sylvia ... 375-3383
Suarez Pedro P 90 Harral Av ... 336-0079
Suarez Y ... 367-6992
Suarez-Hammond Sonya 215 Bailey Rd Ffld ... 371-4030
Suarino R 240 Sunnyridge Av Ffld ... 366-6379
Suazo F 76 Harmony ... 373-1566
Sub-Marine Plus 60 Access Rd Strfd ... 377-2700
Sub-Time 1122 Main ... 332-0400
Suber Toweezer 115 Washington Av ... 335-1831
Subramaniam Gunalan 496 W Taft Av ... 333-8904
Subramanian Velayan 11 Machalowski Rd Trum ... 374-4830
Subrizi Michael 10 Great Oak Farm Rd Monr ... 452-1734
Subsea Associates Inc 2313 E Main ... 368-4611
Substance Abuse 24 Hour Helpline & Treatment Of Focus Healthcare No Toll Charge ... 800 234-0420
Suburban Electrical Contractors Inc Monroe ... 459-0441
Suburban Sanitation Co Inc 215 Robin La Ffld ... 334-8488
Subway 1900 Black Rock Tnpk Ffld ... 334-3336
Subway 2835 Fairfield Av ... 368-6698
Subway 162 Main Monr ... 261-4543
Subway 1739 E Main ... 334-3311
Subway 200 Tunxis Hill Rd Ffld ... 335-0334
Subway At Stop & Shop Plaza 20 Quality Trum ... 459-0005
Subway Restaurant 1255 Park Av ... 366-2328
Subway Sandwiches 1140 Main Strfd ... 378-4020
Subway Sandwiches 5065 Main Trum ... 373-1108

**SUBWAY SANDWICHES & SALADS**
1345 Barnum Av Strfd ... 375-7778

**SUBWAY SANDWICHES & SALADS** 533 Broadbridge Rd ... 374-4440
Subway Subs 3811 Main ... 372-2222
Subway Subs No 8 944 Madison Av ... 368-6300
Subway #2 447 Monroe Tnpk Monr ... 459-8637
Subways Of Downtown 980 Main ... 367-1388
Success Av Payphone 590 Success Av Strfd ... 366-9995
Success Corner & Variety 184 Success Av ... 384-1991
Success Hill Condo Assoc 685 Success Av Strfd ... 380-2884
Success Recruiting LLC 27 Bailey Trum ... 268-9422
Success Supermarket 536 Success Av ... 335-5764
Success Unlimited Inc 225 Main Westport ... 367-0039
Success Village Apartments Inc Success Av ... 336-2545
Succurro Anthony 81 Chatfield Dr ... 268-4980
Sucheczki George 150 Sunnydale Rd ... 374-2417
Suchman E M Bridgeport Av Strfd ... 375-9402
Suchocka Wanda 3699 Broadbridge Av Strfd ... 375-8415
Suchocki Peter 446 Hollister Strfd ... 381-9311
Suchy Peter 254 Glen Ridge Rd Ffld ... 371-7387
Suchyak George 100 Colonial Dr Strfd ... 377-1874
Sudell D W 720 Black Rock Tnpk Ffld ... 332-7466
Sudell Tami 125 Warner Hill Rd Strfd ... 380-9838
Suden E D 180 Kennedy Dr ... 374-4293
Sudikoff M 472 Lockwood Rd Ffld ... 372-7834
Sudovy Victor 316 Goldenrod Av ... 371-5824
Sudvoy Walter 16 Nob Hill Cir ... 330-1333
Sudzy's Park Avenue Laundromat 500 Park Av ... 367-5772
Sue Douglas Dr 170 Brinsmayd Av Strfd ... 377-4784
Suekamling David 526 W Taft Av ... 335-8560
Suero Lucilo 50 Hadley ... 332-1421
Suffoletta Dora 127 Griffin Av ... 372-7118
Suffredini Louis 69 Bankside ... 374-5829
Suffredini Nello 2435 Old Town Rd ... 372-3311
Suffredini Nino 55 Osborn La Monr ... 268-0021
Sugar Plum Nursery Schools & Day Care Center 1105 Laurel Av ... 576-1276
Sugden Joseph & Beth 134 Glenvale Ter ... 396-0733
Suggs B ... 332-1866
Suggs Kirstie 23 Morgan Av ... 332-0324
Sugimura Y 38 Park Av ... 334-7346
Sugio James 273 Wells ... 696-1063
Sugrue John C 400 Hurd Av Strfd ... 375-5893
Sugrue Joseph 146 Ronald Dr Ffld ... 366-2332
Suh Moohak 108 Adelaide Ffld ... 330-1556
Suhanosky Rosaria Mrs 9 Rusling Pl ... 332-7348
Suhay Joseph 2811 Fairfield Av ... 336-1007
Suhr L S 84 Longview Rd Monr ... 261-0728
Suhy David W 215 Wildwood Dr Strfd ... 377-6108
Suich Frank 96 Roseville Ffld ... 333-6751
Suich John 101 Liberty Strfd ... 378-1563
Suita H 92 Hedgehog Cir Trum ... 261-0702
Suita Joseph 1059 Daniels Farm Rd Trum ... 268-9031
Sukholinsky Marlena 285 Maplewood Av ... 336-5058
Suksingha Paradoln 50 Fremont ... 367-4960
Sul Edward J 151 Ruth ... 372-9081
Sulaivani M 990 Howard Av ... 334-5773
Sulak Maria 222 Melville Dr Ffld ... 333-7581
Sule Kolawole I 161 French ... 366-3879
Sulick Stephen Jr 96 Winton Pl Strfd ... 378-0808
Sulik Douglas E & Kathleen M 50 Hollydale Rd Strfd ... 377-8941
Sulik Edward A 1329 Huntington Rd Strfd ... 375-6350
Sulik J & P 568 Greenfield Av Strfd ... 378-6392
Sulik Joseph & Judith 60 Acton Rd ... 371-5099
Suliman S 481 Success Av ... 576-6615
Sulinsky John 110 Lounsbury Rd Lng Hl ... 268-4710
Sulkazi Louis 178 Lenox Rd Ffld ... 335-4390
Sullins Sally Success Pk ... 333-0871
Sullivan Allen E Jr 41 Flat Rock Rd Estn ... 374-4599
Sullivan Andrew & Dina 230 Farmington Av Ffld ... 335-0082
Sullivan Arthur D 273 Roselle Ffld ... 333-3564
Sullivan B J 360 Anton Dr ... 374-9835
Sullivan Brian 27 High Ridge Dr Monr ... 261-4175
Sullivan Brian & Gina 25 Dogwood La Trum ... 375-5715
Sullivan Charles P 104 Pearsall Pl ... 335-3855
Sullivan Dan 227 Berkeley Rd Ffld ... 336-4882
Sullivan Daniel B 240 Wilbrook Rd Strfd ... 375-6698
Sullivan Darlene 629 Pearl Harbor ... 333-3426
Sullivan Darlene 715 Pearl Harbor ... 332-0134
Sullivan David 432 Windsor Av Strfd ... 377-7031
Sullivan David J Jr 125 Old Battery Rd ... 367-0216
Sullivan Dean 261 Godfrey Rd Ffld ... 373-9349
Sullivan Deirdre T 2672 Broadbridge Av Strfd ... 378-8762
Sullivan Dennis 33 Woodend Dr Estn ... 268-4789
Sullivan Don A 81 Lance Cir ... 374-6767
Sullivan Donna 345 Burritt Av Strfd ... 377-4576
Sullivan Donna 1059 Merritt Ffld ... 368-3815
Sullivan E B 77 Russ Rd Trum ... 372-0835
Sullivan Earle C 17 Rocky Ridge Dr Nchls ... 377-0328
Sullivan Edward 64 Harbour View Pl Strfd ... 378-1431
Sullivan Eugene 769 Pontiac La Strfd ... 378-9969
Sullivan Eugene L 1412 Nichols Av Strfd ... 377-0676
Sullivan Francis 82 Webb Cir Monr ... 445-1836
Sullivan Frederick 10 Silver Cir Ffld ... 335-2274
Sullivan Frederick 10 Silver Cir Ffld ... 335-2276
Sullivan Frederick 10 Silver Cir Ffld ... 335-2278
Sullivan G 113 Beachview Av ... 579-1600
Sullivan G A 1443 Madison Av ... 366-8118
Sullivan Greg & Debbie 141 Warwick Av Ffld ... 336-0713
Sullivan Heather & Dennis 33 Woodend Dr Estn ... 452-8230
Sullivan J & D 64 Stock Strfd ... 378-2188
Sullivan Jack D 41 Marne Av Ffld ... 367-4990
Sullivan James 425 Savoy ... 374-1892
Sullivan James J 222 Dexter Dr ... 374-1774
Sullivan James & Judy 503 Knapps Hwy Ffld ... 335-9820
Sullivan James V 60 Salem Rd Strfd ... 375-8066
Sullivan Jay 109 Fairview Av ... 373-6842
Sullivan Jerry 769 Fairfield Woods Rd Ffld ... 396-0324
Sullivan John 109 Fairview Av ... 373-6842
Sullivan John 60 Shelton Rd Trum ... 386-1352
Sullivan John E 58 Tuckahoe La Ffld ... 368-0466
Sullivan John J 85 Arrowwood Pl Strfd ... 381-0112
Sullivan John J Jr & Michele 62 Inwood Rd Ffld ... 579-4010
Sullivan Jon M 148 St Stephens Rd ... 696-1493
Sullivan Joseph D 324 Garder Rd Monr ... 268-5099
Sullivan Joseph F 86 Suzanne Cir Trum ... 268-3113
Sullivan Karen 30 Grissom Dr Strfd ... 375-9588
Sullivan Keith 62 Richards Dr Monr ... 452-5949
Sullivan Kelly & Fred 10 Silver Cir Ffld ... 333-7495
Sullivan L M 232 Plymouth Strfd ... 377-1168
Sullivan L & R 21 Edinburg La Trum ... 459-4908
Sullivan L ... 459-4928
Sullivan L R 104 Katona Dr Ffld ... 368-1395
**SULLIVAN & LALIBERTE LLC** 3241 Main Strfd ... 375-6219
Sullivan Lawrence J 1490 Stratfield Rd Ffld ... 373-9278
Sullivan Lloyd 123 Shell ... 331-0399
Sullivan Louis 4190 Park Av ... 371-6643
Sullivan Lynn 734 Fairfield Woods Rd Ffld ... 372-2981
Sullivan M 205 Bretton ... 372-4547
Sullivan Marcy & Dan 326 Wilson Ffld ... 371-1008
Sullivan Margaret A 57 Vine ... 333-2211
**SULLIVAN MARGARET E** atty 3241 Main Strfd ... 375-6219
Sullivan Mark J 70 Hollydale Rd Strfd ... 380-9673
Sullivan Mark J 168 Woodland Av ... 335-5554
Sullivan Mary K 3900 Park Av ... 372-8477
Sullivan Michael 65 Lazy Brook Rd Monr ... 268-7696
Sullivan Michael 15 Unity Dr Strfd ... 375-9613
Sullivan Michael Don 2854 Fairfield Av ... 367-8342
Sullivan Michael E 466 High Ffld ... 384-1085
Sullivan Michael & Lourdes 21 Marigold La Trum ... 452-5369

CIULLA & DONOFRIO, LLP
127 WASHINGTON AVENUE
P. O. BOX 219
NORTH HAVEN, CONNECTICUT 06473

TELEPHONE (203) 239-9828
FACSIMILE (203) 234-0379
www.cd-law.com

ROBERT K. CIULLA
DIRECT DIAL: (203) 239-9830
JEFFREY M. DONOFRIO
DIRECT DIAL: (203) 239-9829

JENNIFER N. COPPOLA
DIRECT DIAL: (203) 239-3642
A. RACHEL ROTHMAN
DIRECT DIAL: (203) 234-1991

RICHARD F. CONNORS
PAUL E. MONAGHAN
OF COUNSEL

October 4, 2003

***VIA FIRST CLASS MAIL***

James Stuart
119 Gem Avenue
Bridgeport, CT 06606

***Re:*** ***Stuart v. The Southern New England Telephone Company, et al***
***No. 3:02 CV 1847 (CFD)***

Dear Mr. Stuart:

As you are aware, I sent you a copy of the completed Rule 26(f) report via overnight Federal Express on September 30, 2003. In the cover letter appended to the report, I advised you that you needed to review, execute, and return the report to this office immediately. I have not yet received the report from you, and advise you that failure to comply with the Court's Order to file said report could result in dismissal of your case.

Sincerely,

A. Rachel Rothman

A. Rachel Rothman

ARR:st

CIULLA & DONOFRIO, LLP
127 WASHINGTON AVENUE
P. O. BOX 219
NORTH HAVEN, CONNECTICUT 06473

TELEPHONE (203) 239-9828
FACSIMILE (203) 234-0379
www.cd-law.com

ROBERT K. CIULLA
DIRECT DIAL: (203) 239-9830
JEFFREY M. DONOFRIO
DIRECT DIAL: (203) 239-9829

JENNIFER N. COPPOLA
DIRECT DIAL: (203) 239-3642
A. RACHEL ROTHMAN
DIRECT DIAL: (203) 234-1991

RICHARD F. CONNORS
PAUL E. MONAGHAN
OF COUNSEL

October 6, 2003

Clerk
U.S. District Court
Hartford Division
450 Main Street
Hartford, CT 06103

Re: James Stuart v. The Southern New England Telephone Company, et al
Case No. 3:02 CV1847 (CFD)

Dear Clerk:

Enclosed is an original and one copy of the Report of Parties' Planning Meeting with regards to the above-captioned matter.

Please file the original with the Court and return the file-stamped copy in the enclosed envelope. Thank you.

Sincerely,

Jeffrey M. Donofrio

JMD:st

Enclosure

Cc: James Stuart