UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES STUART                : 3:02CV1847 (CFD)

VS                          :

S.N.E.T., ET AL             : NOVEMBER 6, 2003

FILED

2003 NOV 17  P 4: 28

US DISTRICT COURT
HARTFORD CT

## PLAINTIFFS' MOTION TO HAVE COURT SEARVE SUBOENAS

The pro se: plaintiff, James Stuart who has been allowed to commenced this action in forma paupers respectfully moves this court to serve on the following individual subpoena's.

The individual is: (1)  Susan M. Jovia            Maria Marzez
                       13 Bartholomew Avenue     30 Water Street
                       Ansonia, CT. 06401        Derby, CT. 06410

According to the Tax assessor's offices in their respective towns, these individuals own the properties at the addresses, which are at, dispute in this action and they have information, which can show that the plaintiff James Stuart never lived here and never there and clear this up and get these people after the right people.

RESPECTFULLY SUBMIITED
THE PLAINTIFF

James Stuart, PRO SE:
119 Gem Avenue
Bridgeport, CT. 06606
9203) 332-1155

1

## CERTIFICATION

       I hereby certify that a copy of the foregoing was mailed on November 6, 2003 to:

Jeffrey M. Donofrio, Esq.
A. Rachel Rothman, Esq.
Ciulla & Donofrio
127 Washington Avenue
P.O. Box 219
North Haven, CT. 06473

_/s/ James Stuart_
James Stuart, PRO SE:

2