UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
**************************************
                                      *
JAMES STUART,                         *
                                      *
                                      *     CIVIL ACTION
              Plaintiff,              *     NO.  3:02 CV1847 (CFD)
vs.                                   *
                                      *
THE SOUTHERN NEW ENGLAND              *
TELEPHONE COMPANY, ET AL              *
                                      *
              Defendants.             *     DECEMBER 8, 2003
                                      *
**************************************
```

## OBJECTION TO PLAINTIFF'S
## MOTION FOR SERVICE OF SUBPOENAS

The Southern New England Telephone Company ("SNET") and Debora Stanley (collectively, "Defendants") hereby Object to the Plaintiff's "Motion to Have Court Serve Subpoenas." Plaintiff's motion is flawed for several reasons.

First, the Plaintiff has failed to identify the type of proceeding to which he wants the specified witnesses subpoenaed (i.e., deposition, trial, etc.). It should be noted that Plaintiff represented in the Report of Parties' Planning Meeting filed on or about October 6, 2003 that he anticipates taking no depositions. Thus, Defendants are uncertain as to exactly what the Plaintiff is requesting the Court to do in this regard.

Second, the Plaintiff has not provided a proposed subpoena or issued a notice of deposition for either individual and has not otherwise indicated where and when he

intends to examine said individuals. The Defendants simply do not know what the Plaintiff is seeking in his motion due to the aforementioned ambiguities.

    WHEREFORE, the Defendants respectfully request that this Court deny Plaintiff's Motion To Have Court Serve Subpoenas.

                                THE DEFENDANTS -
                                THE SOUTHERN NEW ENGLAND
                                TELEPHONE COMPANY and
                                DEBORA STANLEY

By:_____
    Jeffrey M. Donofrio (ct07738)
    Jdonofrio@cd-llp.com
    A. Rachel Rothman (ct23837)
    Rrothman@cd-llp.com
    Ciulla & Donofrio, LLP
    127 Washington Avenue
    P.O. Box 219
    North Haven, Connecticut 06473
    Tel.: (203) 239-9829
    Fax.: (203) 234-0379

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was mailed on this 8th day of December, 2003, to:

James Stuart
119 Gem Avenue
Bridgeport, CT  06606

_____
A. Rachel Rothman