UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES STAURT : 3:02CV1847 (CFD)

VS. :

S.N.E.T., ET AL : DECEMBER 12, 2003

### PLAINTIFFS' MOTION TO SET AISIDE MOTION FOR SUPEONA

The plaintiff, James Start in the above captioned case respectfully moves to set aside his motion to serve subpoena.

This case is scheduled for a settlement conference on January 24, 2004 in Hartford before the honorable Thomas P. Smith and at that time the plaintiff can discuss with the attorneys for the defendants time and place, issues and scheduling.

Although, the plaintiff did indicate that he did not intend to take deposition but that was before Stanley Chance, who is assisting the plaintiff told the plaintiff to track down the addresses on the bill and find out who owns them which information is relevant to show that the plaintiff never lived these addresses or does not no anybody authorized to open an account in his name like the defendants claim in there defense.

RESPECTFULLY SUMBITTED
THE PLAINTIFF

_____
James Stuart, PRO SE:
119 Gem Avenue
Bridgeport, CT, 06606
(203) 685- 6038

## CERTIFICATION

I hereby certify that a copy of the forgoing was mailed on December 12, 2003 to:

Jeffrey M Donofrio
A. Rachel Rothman
B. Ciulla & Donofrio
127 Washington Avenue
P.O. Box 219
North Haven, CT 06473

_____
James Stuart, PRO SE:

2