UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 21  P 2: 36

JAMES STUART,
    -Plaintiff

-v-                                NO. 3:02 CV 1847 (CFD)

SOUTHERN NEW ENGLAND
TELEPHONE COMPANY, et al,
    -Defendants

### SETTLEMENT CONFERENCE MEMORANDUM AND ORDER

A settlement conference was held in this case January 20, 2004. The case has not settled and is not likely to settle prior to a ruling on defendants' forthcoming Rule 56 motion which will challenge <u>inter alia</u> the court's subject matter jurisdiction.

The following schedule will pertain in this case: All discovery will be completed by April 30, 2004; dispositive motions will be filed not later than May 30, 2004.

Dated at Hartford, Connecticut, this 20th day of January, 2004.

                                              Thomas P. Smith
                                              United States Magistrate Judge