UNITED STATES DISTRICT COURT

FILED

DISTRICT OF CONNECTICUT

2004 JAN 21  P 2: 36

U.S. DISTRICT COURT
HARTFORD, CT.

JAMES STUART,
      -Plaintiff


-v-                                 NO. 3:02 CV 1847 (CFD)


SOUTHERN NEW ENGLAND
TELEPHONE COMPANY, et al,
      -Defendants


### SETTLEMENT CONFERENCE MEMORANDUM AND ORDER

A settlement conference was held in this case January 20, 2004. The case has not settled and is not likely to settle prior to a ruling on defendants' forthcoming Rule 56 motion which will challenge inter alia the court's subject matter jurisdiction.

The following schedule will pertain in this case: All discovery will be completed by April 30, 2004; dispositive motions will be filed not later than May 30, 2004.

Dated at Hartford, Connecticut, this _20_ day of January, 2004.

                                        Thomas P. Smith
                                        United States Magistrate Judge