UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT     FILED

| | |
|---|---|
| JAMES STUART | : 3:02CV1847 (CFD) 2004 JAN 26 P 2: 59 |
| VS. | : U.S. DISTRICT COURT HARTFORD, CT. |
| S.N.E.T., ET AL | : JANUARY 13, 2004 |

### PLAINTIFFS MOTION TO TAKE JUDICIAL NOTICE

Pursuant to Federal Rules of Civil Procedure 201 (b), the plaintiff, James Stuart in the above captioned case respectfully request this Court to take judicial notice of the following facts which are not in dispute which are:

1) The dates in dispute with regards to the telephone account at 13 Bartholomew Avenue in Ansonia, Connecticut are October 6, 1997 to February 3, 1998 and not the dates in the complaint (Exhibit A).

2) The dates in dispute with regards to the telephone account at 30 Water Street in Derby, Connecticut are October 7, 1997 to February 3, 1998 and not the dates in the complaint (Exhibit B).

1

The plaintiff apologies for any inconvienance that he has causes and prays that the Court grants this motion.

RESPECFULLY SUBMITTED
THE PLAINTIFF

_____
James Stuart, PRO SE:
119 Gem Avenue
Bridgeport, CT. 06605
(203) 332-1155

## CERTIFICATION

I hereby certify that a copy of the forgoing was mailed on January 13, 2003 to:

Jeffrey Donofrio, Esq.
A. Rachael Rothman, Esq.
Cuilla & Donofrio, LLP
127 Washington Street
North Haven, CT. 06457

_____
James Stuart, PRO SE:

# EXHIBIT

# A

## DECLARATION FOR SNET DISPUTED ACCOUNT

I DECLARE UNDER THE PENALTY OF PERJURY PURSUANT TO THE LAWS OF THIS STATE THAT THIS DECLARATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I DECLARE THAT FRAUD HAS BEEN COMMITTED AGAINST ME WITHOUT MY CONSENT, KNOWLEDGE OR AUTHORIZATION, AND I RECEIVED NO BENEFIT FROM THE DISPUTED SERVICE.

Disputed Telephone Account Number: 203-734-1670-583
Disputed Service Address: 13 Bartholomew Ave
                          Ansonia CT 06401

Period in Dispute    From 10-06-97 to 02-03-98

Final Bill Amount    $560.91

Your Printed Name: JAMES ~~STUART~~ STUART

Your Signature: [signature]

DATE: 1/23/01

Notary Signature and Seal: DOUGLAS A. MILLER, JR. (203) 226-3331 (TEL)
COMMISSIONER OF THE SUPERIOR COURT

Sworn to me on 1/23/01

JURIS #38022

# EXHIBIT

# B

## DECLARATION FOR SNET
## DISPUTED ACCOUNT

I DECLARE UNDER THE PENALTY OF PERJURY PURSUANT TO THE LAWS OF THIS STATE THAT THIS DECLARATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I DECLARE THAT FRAUD HAS BEEN COMMITTED AGAINST ME WITHOUT MY CONSENT, KNOWLEDGE OR AUTHORIZATION, AND I RECEIVED NO BENEFIT FROM THE DISPUTED SERVICE.

Disputed Telephone Account Number: 203-734-1625-853

Disputed Service Address: 30 Water St
Floor 1
Derby CT 06418

Period in Dispute    From 10-07-97 to 02-03-98

Final Bill Amount    $3346.11

JAMES STUART
Your Printed Name

[Signature]
Your Signature

1/23/01
DATE

[Notary Signature]
Notary Signature and Seal  DOUGLAS A. MILLER, JR (203)226-3331 (TEL)
COMMISSIONER OF THE SUPERIOR COURT   JURIS # 380

Sworn to me on 1/23/01