UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES STUART            : 3:02CV1847 (CFD)

VS.                            :

S.N.E.T. ET AL            : MARCH 16, 2004

FILED 2004 MAR 19 P 2:10 DISTRICT COURT HARTFORD, CT.

## PLAINTIFFS' MOTION FOR ENLARGMENT

The plaintifff, James Stuart in the above captioned case request an enlargment of time up to and including March 30, 2004 to respond to defendant Request for Intteroogatores/productions.

The reason for this request is so the plaintiff cand caopy the documents for which the defendants seek.

This is the plaintiff 1st request for time.

                                         RESPECTFULLY SUBMITTED
                                         THE PLAINTIFF

                                         _____
                                         James Stuart. PRO SE
                                         119 Gem Avenue
                                         Bridgeport, CT. 06606
                                         (203) 332-1155

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on March 17, 2004 to:

A. Rachel Rothman, Esq.
Jeffrey M. Donofrio, Esq.
Ciulla & Donofrio, LLP
127 Washington Avenue
P.O. Box 219
North Haven, CT. 06473

*James Stuart*, PRO SE: