#44

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES STUART             : 3:02CV1847 (CFD)

VS.                      :

S.N.E.T. ET AL           : MARCH 16, 2004

## PLAINTIFFS' MOTION FOR ENLARGMENT

The plaintifff, James Stuart in the above captioned case request an enlargment of time up to and including March 30, 2004 to respond to defendant Request for Intteroogatores/productions.

The reason for this request is so the plaintiff cand caopy the documents for which the defendants seek.

This is the plaintiff 1st request for time.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

James Stuart. PRO SE
19 Gem Avenue
Bridgeport, CT. 06606
(203) 332-1155

GRANTED, absent objection. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/31/04

FILED 2004 MAR 31 P 3:06
U.S. DISTRICT COURT
HARTFORD, CT.