*DENIED, without prejudice to conducting a deposition of a representative of The United Illuminating Company. So ordered.*

*Christopher F. Droney*
*United States District Judge*
*4/22/04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES STUART | : CIVIL ACTION NO: 3:02CV1847 (CFD) |
| VS. | : |
| SOUTHERN NEW ENGLAND TELEPHONE COMPANY, ET AL. | : FEBRUARY 4, 2004 |

## PLAINTIFFS' MOTION TO ORDER UNITED ILLUMINATING COMPANY TO PROVIDE INFORMATION

The plaintiff, James Stuart in the above captioned case respectfully moves this Court to order United Illuminating Company ("U.I") to provide the following information to the plaintiff, which they are refusing to do without Court intervention.

The plaintiff would like to know the name of the person who had the Utility Account at: 13 Bartholomew Avenue in Ansonia, Connecticut from October 6, 1997 thru February 3, 1998.

As the Court is aware, this Lawsuit is against Southern New England Telephone Company and the plaintiff is still trying to prove these accounts are not his.

At 9:00am this morning the plaintiff spoke to someone in customer service for 30 minutes repeating over and over again the fact of this lawsuits and the purpose of the inquiry.

Susan Jovia, the owner and present occupant of 13 Bartholomew Avenue in Ansonia has told the plaintiff that the person who occupied the house at the above dates which the plaintiff say are not his left a huge Utility Bill and she settled it which is why the plaintiff was contacting U.I. and U.I. said " we do not have the help you clear your name" to which the plaintiff responded "If your not part of the solution, then your part of the problem and I can sue you for failure to prevent and conspiracy" to which U.I.

1