Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Bethany L. Appleby
203.498.4365
203.782.2889 fax
bappleby@wiggin.com

**WIGGIN AND DANA**
*Counsellors at Law*

February 12, 2004

The Honorable Christopher F. Droney
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Re:   James Stuart v. Southern New England Telephone Company, et al.
      Docket No.: 3:02CV1847 (CFD)

Dear Judge Droney:

We represent The United Illuminating Company ("UI"). UI's Customer Service Department recently received what appears to be a motion filed in the above case entitled, "Plaintiffs' Motion to Order United Illuminating Company to Provide Information." The motion asks the Court to order UI to produce customer account information. It is UI's policy not to release customer information to others. It has not received a subpoena for the requested information and does not believe that release is appropriate upon Mr. Stuart's request. In addition, UI does not believe that it would be appropriate for the Court to grant Mr. Stuart's motion because UI is not properly before the Court in this matter.

Please do not hesitate to contact me if the Court has any questions or requires any additional information.

Very truly yours,

Bethany L. Appleby

cc:   Jeffrey Donofrio, Esq.
      James Stuart, Pro Se

Enclosure

*The clerk is ordered to docket this letter and include it in the Court's file. So ordered.*

*Christopher F. Droney*
*United States District Judge*
*4/22/04*

*New Haven   Stamford   New York   Hartford   Philadelphia*