UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
|  |  |
|---|---|
| JAMES STUART, | \* |
|  | \*   CIVIL ACTION |
| Plaintiff, | \*   NO. 3:02 CV1847 (CFD) |
| vs. | \* |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, ET AL | \* |
| Defendants. | \*   MAY 28, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3) and Local Rule 7, The Southern New England Telephone Company and Debora Stanley, defendants in the above-captioned matter, hereby move to dismiss plaintiff's Complaint in its entirety because this Court lacks subject matter jurisdiction over this matter.

Pursuant to Local Rule 7, a Memorandum of Law is submitted herewith in support hereof.

                                            THE DEFENDANTS -
                                            THE SOUTHERN NEW ENGLAND
                                            TELEPHONE COMPANY and
                                            DEBORA STANLEY

                                      By:_____
                                            Jeffrey M. Donofrio (ct07738)
                                            Jdonofrio@cd-llp.com
                                            Ciulla & Donofrio, LLP
                                            127 Washington Avenue
                                            P.O. Box 219
                                            North Haven, Connecticut 06473
                                            Tel.: (203) 239-9828
                                            Fax.: (203) 234-0379

2

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing motion was mailed on this 28th day of May, 2004, to:

James Stuart  
119 Gem Avenue  
Bridgeport, CT  06606

                                                        _____  
                                                        Jeffrey M. Donofrio