UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JAMES STUART,

          Plaintiff,

vs.

THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY, ET AL

          Defendants.

CIVIL ACTION
NO. 3:02 CV1847 (CFD)

MAY 28, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, The Southern New England Telephone Company ("SNET") and Debora Stanley, the defendants in the above-captioned matter, move for summary judgment on the plaintiff's Complaint. There are no genuine issues of material fact in dispute and the defendants are entitled to judgment as a matter of law.

Pursuant to Local Rule 56, the defendants submit herewith their Local Rule 56(a)1 Statement, a Memorandum of Law in support of this motion, the Affidavit of Cheryl Atkinson and the notice to the plaintiff (a pro se litigant) required by Local Rule 56(b).

2

        THE DEFENDANTS -
        THE SOUTHERN NEW ENGLAND
        TELEPHONE COMPANY and
        DEBORA STANLEY

By:_____
        Jeffrey M. Donofrio (ct07738)
        Jdonofrio@cd-llp.com
        Ciulla & Donofrio, LLP
        127 Washington Avenue
        P.O. Box 219
        North Haven, Connecticut 06473
        Tel.: (203) 239-9828
        Fax.: (203) 234-0379

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing motion was mailed on this 28th day of May, 2004, to:

James Stuart
119 Gem Avenue
Bridgeport, CT  06606

                                                    _____
                                                    Jeffrey M. Donofrio