

December 12, 2000

James Stuart
119 Gem Ave
Bridgeport CT  06606

Re: SNET: 203-734-1625-853
    Balance Due: $3346.11

Dear James Stuart

Thank you for contacting SNET regarding your telephone account, 203-734-1625-853.

Like you, we want to resolve the matter regarding your dispute as soon as possible. In order to do so, please fill out the attached forms, provide the requested documentation, and forward the information to:

SNET
Final Accounts Center
One Science Park
New Haven, CT  06511

Required Proof and Documentation must be mailed to the above address in order to process your claim. If we have not received your documentation by Januuary 3, 2001 your claim will be closed and you will be held responsible for telephone account 203-734-1625-853

The person whose name is on the account must file the claim.

If you have any further questions regarding this matter please contact us at 1-800-255-1219. We will notify you at the conclusion of our investigation.

Sincerely,


Debora Stanley
Billing Service Representative

THIS IS AN ATTEMPT TO COLLECT A DEBT
ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE

## FRAUD PACKET INSTRUCTIONS

In order for SNET to verify that this billing is a fraud situation, please return the completed, notarized fraud questionnaire, along with the following:

Mandatory Items:
- Copy of your driver's license or state issued, picture I.D. card

Additional Documentation:
A minimum of three (3) forms of proof from the following list to validate alternate residency covering the time the disputed bill was incurred:

- A police report or a detailed statement from the law enforcement agencies stating why they are unable to provide a report.

- Copy of utility bill(s) in your name showing a different street address during the time the bill was incurred

- Notarized copy of rental/lease agreement, in your name, showing a different address during time the bill was incurred.

- Notarized statement from township or courthouse stating your residency at a different address during time the bill was incurred.

- Notarized statement from your employer, on company letterhead, stating time of your employment and your home address during the time the bill was incurred.

- Notarized copy of statement from an attorney that has, or is representing your interest, setting forth the particulars of this matter.

- Official document from your postmaster stating a different home address during the time the bill was incurred.

- Copy of insurance bills with an alternate street address during the time the bill was incurred.

- Copy of student records during the time the bill was incurred.

- Copy of dated account statement (bank statement, medical, credit card etc.) with alternate street address, for each disputed month, during the time the bill was incurred.

SNET will not accept items that show a post office box as your home address. All forms of proof must show the actual property address in order to be valid.

**FAILURE TO PROVIDE THE MANDATORY ITEMS PLUS A MINIMUM OF THREE (3) FORMS OF PROOF WILL VOID YOUR CLAIM**

We will withhold collection efforts for a period of twenty-one (21) days from the date you originally contacted our office, awaiting your return of the properly completed fraud packet and questionnaire. If we have not received the requested information within that time period your claim will be closed and you will be held responsible for the telephone service. If you have any questions please contact us at 1 800 255-1219.

To avoid delay in processing your request, please use the following checklist to ensure your packet is complete:

- Completed notarized copy of fraud questionnaire.

- Copy of your driver's license or state issued, picture I.D.

- Three forms of proof from the above list showing that you did not reside at the disputed service address during the time the bill was incurred.

- Notarized "Declaration for SNET Disputed Account".

**PLEASE DO NOT SEND ORIGINAL DOCUMENTS AS THEY WILL NOT BE RETURNED. SEND COPIES ONLY.**

## FRAUD QUESTIONNAIRE

Disputed Tel. Number: 203-734-1625-853
Disputed Service Address:  30 Water St
                           Floor 1
                           Derby CT 06418

The following items are to be completed by the customer prior to mailing back to SNET. Complete all applicable items.

Name of Person Disputing the Account: __JAMES STUART~~SEGUINET~~__

Current Telephone Number: __(203) 332-1155__

Current Employer: __SELF__

Employer Telephone Number: _____

Your Daytime Telephone Number: __(203) 545-3170__

Drivers license Number: (include State) __CT  073278350__

Social Security Number: __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__

Have you ever lived at the disputed service address? (Y/N) __NO__

If yes, during what time period? _____

Do you know anyone living at this address? If yes, provide details __NO__

_____

_____

Have you ever had the disputed telephone number? (Y/N) __NO__

If yes, during what time period? _____

**FRAUD QUESTIONNAIRE - PAGE 2**

Did you report this matter to a law enforcement agency? (Y/N) _____NO_____

If Yes, please provide the Case # and agency
_____

If NO, please explain why  I FOUND OUT IN A TELEPHONE CONVERSATION WITH SNET

Did you have telephone service in your name during the time of the disputed account?  NO, I WAS LIVING WITH MY MOTHER

If yes, what was your telephone number? _____

What telephone company provided this telephone service?  SNET

_____

Attach proof of alternate telephone service (letter of credit, duplicate bills)

At what address did you live during the time of the disputed account?
119 GEM AVE., BRIDGEPORT, CT

Do you know who committed fraud against you? (Y/N) _____NO_____

If yes, provide the person's name _____

What is their relationship to you? _____

What is their current address and telephone number? _____

_____

Revised 02-00

**DECLARATION FOR SNET**
**DISPUTED ACCOUNT**

I DECLARE UNDER THE PENALTY OF PERJURY PURSUANT TO THE LAWS OF THIS STATE THAT THIS DECLARATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. I DECLARE THAT FRAUD HAS BEEN COMMITTED AGAINST ME WITHOUT MY CONSENT, KNOWLEDGE OR AUTHORIZATION, AND I RECEIVED NO BENEFIT FROM THE DISPUTED SERVICE.

Disputed Telephone Account Number: 203-734-1625-853

Disputed Service Address:  30 Water St
                           Floor 1
                           Derby CT 06418

Period in Dispute     From 10-07-97 to 02-03-98

Final Bill Amount     $3346.11

JAMES STUART
Your Printed Name

_____     4/23/01
Your Signature              DATE

Notary Signature and Seal  DOUGLAS A. MILLER, JR (203)226-3331 (TEL)
COMMISSIONER OF THE SUPERIOR COURT    JURIS # 38C

Sworn to me on  1/23/01

******PLEASE RETAIN THIS PAGE FOR YOUR RECORDS*******

IF YOU ARE A VICTIM OF FRAUD, IT IS YOUR RESPONSIBILITY TO INFORM THESE MAJOR CREDIT BUREAUS:

    Equifax                             800-685-1111
    Experian (formerly TRW)     800-392-1122
    TransUnion Credit Bureau    800-680-7289

It is a crime for any person to use a Social Security Number with the intent to commit fraud. If you suspect that you have been or currently are a victim of fraud, contact the Regional Office for the Inspector of the Social Security Administration at the following telephone number:

    1-800-269-0271 TOLL FREE NATIONWIDE MON – FRI 10AM 4PM E.S.T.

Help protect your tax dollars by reporting any suspected instances of fraud, waste abuse or mismanagement to the office of the Inspector General. All callers and writers may remain anonymous and the identities of all callers and writers are fully protected. To report instances, please call or write:

                SOCIAL SECURITY ADMINISTRATION
                OFFICE OF INSPECTOR GENERAL
                ROOM 4-S-1 OPERATIONS BLDG
                    6401 SECURITY BLVD
                    BALTIMORE, MD 21235