UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 SEP 11 P 12: 21
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| JAMES STUART | : 3:02CV1847 (CFD) |
| VS. | : |
| SOUTHERN NEW ENGLAND TELPHONE CO. | : |
| DEBORA STANLEY | : September 4, 2003 |

### PLAINTIFFS MOTION FOR SUMMARY JUDGEMENT

Pursuant to Federal Rule of Civil Procedure 56(a), the plaintiff, James Staurt in the above captioned case moves this court for Summary Judgment as there are no genuine issues for trial.

In Support of this motion the pliantiff submitts Local Rule 56(a) Statement of Facts not in Dispute, Memorandum of law in Support of Summary Judgment, Affidavit of Stanley Chance and James Stuart.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

James Stuart, PRO SE:
119 Gem Avenue
Bridgeport, CT. 06606
(203) 332-1155

DENIED. There exist genuine issues of material fact including, but not limited to, (1) who requested the opening of the disputed accounts and (2) who incurred the charges on the accounts. SO ORDERED.

Christopher F. Droney
United States District Judge
9/11/04

FILED
2004 SEP 16 A 10: 40
U.S. DISTRICT COURT
HARTFORD, CT.

02cv1847 end #16

1