UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 SEP 11  P 12:21
US DISTRICT COURT
HARTFORD CT

JAMES STUART                                : 3:02CV1847 (CFD)

VS.                                         :

SOUTHERN NEW ENGLAND TELPHONE CO.           :

DEBORA STANLEY                              : September 4, 2003

**PLAINTIFFS MOTION FOR ORDER OF DEFAULT JUDGEMENT**

Pursuant to Federal Rule of Civil Procedure 55 (a) (2), the plaintiff, James Stuart in the above captioned case moves this Court for order of default Judgment against both defendants for failure to plead/respond in accordance with federal Rule of Civil Procedure 8 (d) which provide in relevant part:

EFFECT OF FAILURE TO DENY

"Averment in a pleading to which a response pleading is required other than those as to the of damages, are admitted when not denied in the response pleading..."

This case was transferred to the docket of the Honorable Christopher F. Droney on January 30, 2003 which is over 8 months ago and the defendants have not provided and answer/defenses or response to the compliant.

The plaintiff also objects to any motion to set aside default on the grounds that there is no good cause or excusable neglect, which can be shown not to answer, and their neglect is in bad faith.

Specifically, the defendants have intentionally not taken action in this case so that the 6 month period of no action pursuant to Local Rule of Civil Procedure 41 can lapse and the case would be dismissed.

FILED 2004 SEP 16 A 10:40 US DISTRICT COURT HARTFORD, CT

Denied. So ordered. /s/ 9/15/04

1