UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| <u>JAMES STUART</u> | : | 3:02CV1847 (CFD) |
| VS. | : | |
| <u>S.N.E.T., ET AL.</u> | : | SEPTEMBER 22, 2003 |

*[Handwritten in margin: "Denied. So ordered." with signature, dated 9/15/04]*

*[Stamps: FILED 2003 SEP 24 P 1:05 US DISTRICT COURT HARTFORD CT; FILED 2004 SEP 15 A 10:48 US DISTRICT COURT HARTFORD CT]*

### PLAINTIFFS' MOTION TO STRIKE

Pursuant to Federal Rules of Civil Procedure 12 (f), the plaintiff, James Stuart In the above captioned cases moves to strike the defendants "Answer and Defenses" and scandalous.

Specifically, the defendant's had filed an appearance in January of the year in which this case was transferred to the docket of the Honorable Christopher F. Drony, which is 8 month ago.

Since this time the Defendants have been sitting on this case waiting for the 6-month period to elapse where there has been no action pursuant to Federal Rules of Civil Procedure 41 at which this time the case would have been dismiss taking advantage of the plaintiff who is Pro Se: and in forma pauperis pursuant to 28 U.S.C, Section 1915.

They have only just filed an answer after the plaintiff filed for Default and Summary Judgment.

These people have wasted 8 month of the plaintiff's time and the Court time with there slick legal maneuvering and now they want to waste another 8 month sine their legal trickery has backfired.

Additionally the defendants have by Rules of Court 60 days to file an answer not 8 month.

1