UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES STUART : 3:02CV1847 (CFD)

VS :

S.N.E.T., ET AL : OCTOBER 10, 2003

### PLAINTIFFS' MOTION TO STAY ALL FUTHER PROCEDINGS

The Plaintiff, James Stuart, respectfully moves this Court to stay all further proceedings in the above captioned case including his requirement to file an Amended Complaint.

The reason for this request is that the plaintiff has pending motions which if granted would make the Amended complaint unnecessary and the plaintiff is also afraid that the Court will construe the Amended Complaint as a withdraw of his present pleadings

RESPECTFULLY SUBMITTED
THE PLAINTIFF

James Stuart, PRO SE
119 Gem Avenue
Bridgeport, CT. 06606
(203) 332-1155

*[Handwritten annotations: "32", "02cv 1847 m stay proc 101403", "Denied. So ordered. /s/", FILED stamps dated 2003 OCT 14 and 2004 SEP 16]*

1