UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES STUART : 3:02CV1847 (CFD)

VS :

S.N.E.T., ET AL : NOVEMBER 6, 2003

FILED
2003 NOV 17 P 4: 28
US DISTRICT COURT
HARTFORD CT

## PLAINTIFFS' MOTION TO HAVE COURT SEARVE SUBOENAS

The pro se: plaintiff, James Stuart who has been allowed to commenced this action in forma paupers respectfully moves this court to serve on the following individual subpoena's.

The individual is: (1)   Susan M. Jovia                Maria Marzez
                         13 Bartholomew Avenue         30 Water Street
                         Ansonia, CT. 06401            Derby, CT. 06410

According to the Tax assessor's offices in their respective towns, these individuals own the properties at the addresses, which are at, dispute in this action and they have information, which can show that the plaintiff James Stuart never lived here and never there and clear this up and get these people after the right people.

RESPECTFULLY SUBMIITED
THE PLAINTIFF

James Stuart, PRO SE:
119 Gem Avenue
Bridgeport, CT. 06606
9203) 332-1155

Denied. So ordered. 9/15/04

FILED 2004 SEP 16 A 10: 41 U.S. DISTRICT COURT HARTFORD, CT.

1