UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES STUART                    : 3:02CV1847 (CFD)

VS.                             :

S.N.E.T., ET AL                 : JANUARY 13, 2004

## PLAINTIFFS MOTION TO TAKE JUDICIAL NOTICE

Pursuant to Federal Rules of Civil Procedure 201 (b), the plaintiff, James Stuart in the above captioned case respectfully request this Court to take judicial notice of the following facts which are not in dispute which are:

1) The dates in dispute with regards to the telephone account at 13 Bartholomew Avenue in Ansonia, Connecticut are October 6, 1997 to February 3, 1998 and not the dates in the complaint (Exhibit A).

2) The dates in dispute with regards to the telephone account at 30 Water Street in Derby, Connecticut are October 7, 1997 to February 3, 1998 and not the dates in the complaint (Exhibit B).

*Denied. So ordered. /s/ 9/15/04*

1