UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES STUART

    v.                                                  CASE NO. 3:02CV1847 (CFD)

THE SOUTHERN NEW ENGLAND
TELEPHONE CO and DEBORAH STANLEY

## **JUDGMENT**

      This action having come on for consideration of the defendants' Motion to Dismiss and Motion for Summary Judgment before the Honorable Christopher F. Droney, United States District Judge, and

      The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its Ruling granting the defendants' motion to dismiss and denying the defendants' motion for summary judgment; it is therefore

      ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

    Dated at Hartford, Connecticut, this 29th day of March, 2005.

                                                  KEVIN F. ROWE, Clerk

                                                  By _____
                                                  Devorah Johnson
                                                  Deputy Clerk

EOD_____