UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES STUART        : 3:02CV1847 (CFD)

VS.        :

S.N.E.T, ET AL        : APRIL 15,2005

### NOTICE OF APPEAL

The plaintiff, James Stuart hereby gives notice that he intend to Appeal the dismissel of the above case by the Honorable Christopher F. Droney on or about March 23,2005.

RESPECFULLY SUBMITTED
THE PLAINTIFF

James Stuart, PRO SE:
119 Gem Avenue
Bridgeport, CT. 06606

### CERTIFICATION

I herby certify that a copy of the forgoing was mailed on April 15,2005 to:

Jeffrey M. Donofrio, Esq.
Ciulla & Donofrio
127 Washington Avenue
P.O. Box 219
North Haven, CT. 06473

James Stuart, PRO SE:

1