# MANDATE

D. Conn. (New Haven)
02-cv-1847
Droney, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 7th day of October two thousand and five,

Present:
    Hon. Thomas J. Meskill,
    Hon. Jon O. Newman,
    Hon. Reena Raggi,
        *Circuit Judges.*

[SEAL: UNITED STATES COURT OF APPEALS FILED OCT - 7 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]

James Stuart,
        Plaintiff-Appellant,

v.    05-2399-cv

Southern New England Telephone Co., Debora Stanley,
        Defendants-Appellees.

Appellant appeals from a judgment of the district court granting Appellee's motion to dismiss. Appellees move to dismiss the appeal as untimely. Upon due consideration, it is ORDERED that the motion is GRANTED and the appeal is DISMISSED because Appellant did not file a notice of appeal within thirty days after the entry of the district court's judgment. See Fed. R. App. P. 4(a)(1).

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *Sheri Belmeau*
DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Richard Alcantara*
Richard Alcantara, Deputy Clerk

SAO-NK

OCT 7 2005

Issued as Mandate: NOV 14 2005